Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of record changer units similar in all material respects tô those the subject of *Garrard Sales Corp.* v. *United States* (35 C. C. P. A. 39, C. A. D. 369). In accordance therewith the claim of the plaintiff was sustained.

No. 52696.—Roche-Organon, Inc., et al. v. United States, protests 140200–K, etc. (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

BEFORE THE SECOND DIVISION,. NOVEMBER 24, 1948

No. 52697.—Stern & Stern Textile Impts., Inc., et al. v. United States, protests 525956–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

No. 52698.—B. Altman & Co., Ltd., et al. v. United States, protests 527918–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

No. 52699.—Samuel Brait's et al. v. United States, protests 545501–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

No. 52700.—L. J. France et al. v. United States, protests 587905–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

No. 52701.—The National Freight Co., Inc., et al. v. United States, protests 612044–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

No. 52702.—R. H. Macy & Co., Inc., et al. v. United States, protests 690472–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

No. 52703.—Montgomery Ward & Co., Inc., et al. v. United States, protests 79692–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.